# INVOICE

**Phillips Brokerage Inc**
37-19 Broadway
2nd Floor
Astoria, NY 11103

| | |
|---|---|
| Customer | Adrian P. George |
| | 1522 |
| Date | 08/26/2015 |
| Customer Service | (718)545-4700 |
| Page | 1 of 1 |

**Payment Information**

| | |
|---|---|
| Invoice Summary | $ 4,378.71 |
| Payment Amount | |
| Payment for: | Invoice#082615 |
| OHY-8038263-10 | |

ADRIAN P. GEORGE
7 VAN KIRK PLACE
SPARTA, NJ 07871

Thank You

*Please detach and return with payment*

Customer: Mount Sinai Hospital Queens

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 082615 | 09/28/2015 | Renew policy | Policy #To Be Issued  09/28/2015-09/28/2016<br>ASPEN AMERICAN INSURANCE COMPANY<br>Package  - Renew policy<br><br>RE:  34 WEST 128TH STREET, NY, NY 10027<br><br>PLEASE REMIT PAYMENT TO:<br><br>PHILLIPS BROKERAGE, INC.<br>37-19 BROADWAY 2ND FL<br>ASTORIA, NY 11103 | 4,378.71 |

**Total** 4,378.71

Thank You

Phillips Brokerage Inc
37-19 Broadway   2nd Floor
Astoria, NY.  11103

(718)545-4700
aphillips@phillipsbrokerage.com

Date
08/26/2015